**G. L. Clausen, Appellee, v. Louis Finkelstein et al., on appeal of Garden City Wrecking & Lumber Company, Appellant.**

**Gen. No. 23,178.   (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed and judgment here. Opinion filed January 30, 1918.

## Statement of the Case.

Action by G. L. Clausen, plaintiff, against Louis Finkelstein and others, defendants, to recover damages for personal injuries. From a judgment for plaintiff for $500, defendant Garden City Wrecking & Lumber Company appeals.

ADAMS, FOLLANSBEE, HAWLEY & SHOREY, for appellant.

RICE, LOWES, O'NEIL & RICHARDS and JAMES T. JARRELL, for appellee.

MR. PRESIDING JUSTICE TAYLOR delivered the opinion of the court.

## Abstract of the Decision.

1. MASTER AND SERVANT, § 836*—*when doctrine of respondeat superior applies.* The doctrine of *respondeat superior* applies only when the one sought to be charged has some right in some way to control the conduct of the one charged with having caused the injury.

2. MASTER AND SERVANT, § 867*—*when evidence shows independent contractor relation.* In an action to recover for personal injuries, evidence examined and *held* to show that the person through whose negligence the injury was alleged to have been caused was not working under the control and direction of defendant, but was an independent contractor, and that the doctrine of *respondeat superior* was inapplicable.